UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Criminal No. 16-CR-20655-01

vs.                                            HON. BERNARD A. FRIEDMAN

VINCENT THEODORE FORNEY,

    Defendant.

_____/

**OPINION AND ORDER DENYING DEFENDANT'S
"MOTION FOR REHEARING / REHEARING EN BANC"**

This matter is presently before the Court on defendant's "motion for rehearing / rehearing en banc" [docket entry 71], which the Court construes as a motion for reconsideration of the Court's August 10, 2020, opinion and order denying his "motion to challenge the jurisdiction, and motion to vacate judgment and, motion to dismiss and, motion to reverse & dismiss indictment for Fed. R. Crim. P. 6 violations and lack of subject-matter jurisdiction and, motion to dismiss pursuant to Rule 60(b) and, motion to dismiss pursuant to Rule 6(b)(2) and, motion for immediate release." The motion for reconsideration is denied because defendant has shown no error in the earlier opinion and order. Rather, he repeats the frivolous arguments he made previously, insisting again that the indictment in this matter was defective because he was not present for the selection of the grand jury. Even the authority cited by defendant at page 4 of his motion states the obvious – that a defendant may not attend the grand jury selection.

    SO ORDERED.

                                          s/Bernard A. Friedman
                                          Bernard A. Friedman
Dated: August 31, 2020           Senior United States District Judge
       Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 31, 2020.

| | |
|---|---|
| Vincent Theodore Forney, #54993-039<br>MCCREARY U.S. PENITENTIARY<br>Inmate Mail/Parcels<br>P.O. BOX 3000<br>PINE KNOT, KY 42635 | s/Johnetta M. Curry-Williams<br>Case Manager |